ARW:rlr
AO 442 (Rev. 11/11) Arrest Warrant

FILED 2020R00270

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

OCT 22 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

IVAN HARRISON HUNTER

SA:20-MJ-1291

Case No. 20-MJ-758 (HB)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   IVAN HARRISON HUNTER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

From on or about May 27, 2020, through on or about May 28, 2020, in Hennepin County, in the State and District of Minnesota, traveled in interstate commerce with intent (a) to incite a riot, (b) to organize, participate in, and carry on in a riot, (c) to commit an act of violence in furtherance of a riot, and (d) to aid or abet any person inciting and participating in or carrying on in a riot and committing any act of violence in furtherance of a riot; and during the course of such travel or thereafter performed or attempted to perform an overt act, for any of the foregoing purposes either during the course of any such travel or use thereafter, in violation of Title 18, United States Code, Section 2101.

Date: Oct. 19, 2020

_____
*Issuing officer's signature*

City and State: Minneapolis, MN

The Honorable Hildy Bowbeer
United States Magistrate Judge
*Printed Name and Title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

ARW:rlh
AO 91 (Rev. 11/11) Criminal Complaint

FILED
2020R00270
OCT 22 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

IVAN HARRISON HUNTER,

SA:20-MJ-1291
Case No. 20-MJ-758 (HB)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about May 27, 2020, through on or about May 28, 2020, in Hennepin County, in the State and District of Minnesota, defendant

traveled in interstate commerce with intent (a) to incite a riot, (b) to organize, participate in, and carry on in a riot, (c) to commit an act of violence in furtherance of a riot, and (d) to aid or abet any person inciting and participating in or carrying on in a riot and committing any act of violence in furtherance of a riot; and during the course of such travel or thereafter performed or attempted to perform an overt act, for any of the foregoing purposes either during the course of any such travel or use thereafter, in violation of Title 18, United States Code, Section 2101.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

_____
Complainant's signature

Jason Bujold, Special Agent
Federal Bureau of Investigation
Printed name and title

SUBSCRIBED and SWORN before me by reliable electronic means (Facetime and email) pursuant to Fed. R. Crim. P. 41(d)(3). On this 19 day of October, 2020.

Date: 10/19/2020

City and State: Minneapolis, MN

_____
Judge's Signature

The Honorable Hildy Bowbeer
United States Magistrate Judge
Printed Name and Title

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, **Jason Bujold**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since May of 2017. I am currently assigned to the Minneapolis Field Office Counterterrorism squad, where I primarily investigate crimes concerning international terrorism. My experience as an FBI Agent has included the investigation of cases involving terrorist activities. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence identification, DNA evidence, and various other criminal laws and procedures. I am also familiar with strategy, tactics, methods, tradecraft, and techniques of terrorists and their agents. I have personally participated in the execution of search warrants involving the search and seizure of evidence.

2. I make this Affidavit in support of an application for a criminal complaint for Ivan Harrison Hunter, residing in Boerne, Texas, for violating Title 18, United States Code, § 2101, Riot.

3. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events

and circumstances described herein, and information gained through my training and experience. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATUTORY AUTHORITY

4. Title 18, United States Code, § 2101, provides that "Whoever travels in interstate or foreign commerce or uses any facility of interstate or foreign commerce, including, but not limited to, the mail, telegraph, telephone, radio, or television, with intent 1) to incite a riot; or 2) to organize, promote, encourage, participate in, or carry on a riot; or 3) to commit any act of violence in furtherance of a riot; or 4) to aid or abet any person in inciting or participating in or carrying on a riot or committing any act of violence in furtherance of a riot; and who either during the course of any such travel or use or thereafter performs or attempts to perform any overt act for any purpose specified" in 1-4 above, shall be guilty of a federal offense. Title 18, United States Code, § 2101(a) defines "riot" as "a public disturbance involving an act or acts of violence by one or more persons part of an assemblage of threat or more persons which act or acts shall constitute a clear and present danger of, or shall result in, damage or injury to the property of any other person or to the person of any other individual."

## FACTS ESTABLISHING PROBABLE CAUSE

5. In late May of 2020, the FBI initiated an investigation into members of the "Boogaloo Bois" based on information that members were discussing committing crimes of violence and were maintaining an armed presence on the streets of Minneapolis during civil unrest following the death of George Floyd. Your affiant knows that the "Boogaloo Bois" are a loosely-connected group of individuals espousing violent anti-government sentiments. The term "Boogaloo" itself references a supposedly impending second civil war in the United States and is

associated with violent uprisings against the government. Defendant Ivan Harrison Hunter (HUNTER) claims to be a member of the Boogaloo Bois.

6. Beginning in the evening hours of Tuesday, May 26, 2020, Minneapolis and St. Paul experienced widespread arson, rioting, and looting.[1] This unrest, and the associated damage and destruction, was, in part, a response to the death of George Floyd during an encounter with the Minneapolis Police Department and lasted for several days and continued until the early morning hours of May 30. During this time period, hundreds of individuals carried on into the night, vandalized and looted local businesses, and destroyed buildings, vehicles, and other property through arson, smashing doors and windows, and throwing objects. The Minneapolis neighborhood surrounding the East Lake Street/Hiawatha intersection, near the site of the police's encounter with Mr. Floyd, was particularly hard hit, with numerous business in the neighborhood looted and partially destroyed by vandalism and arson. On the evening of May 27, for example, individuals broke into the Target Store and Cub Foods near that intersection, vandalized and looted the businesses, and then set fires inside. Numerous other businesses in the neighborhood, and in the City of St. Paul, were looted or partially destroyed by vandalism and/or fires. As will be discussed in more detail below, on Thursday night, May 28, the Minneapolis Third Precinct police building, which is also located near the East Lake Street/Hiawatha Intersection, was overrun and heavily damaged by fire. The civil unrest received nationwide media coverage and was widely discussed across numerous social media platforms.

7. On May 26 at 10:56 a.m., Boogaloo Bois member Michael Solomon ("Solomon"), a resident of Minnesota, posted publically on Facebook the following message: "I

---

[1] Hereinafter, unless otherwise specified all dates referenced in this affidavit are in the year 2020.

need a headcount. If you have keybase[2] message me on there 'bigboogboi' if not pm[3] me." HUNTER, a resident of Texas, responded to Solomon's request with the following messages at 4:30 p.m. on May 27: "72 hours out" and "can you give me any confirmation of KIAs [killed in action]?" HUNTER also posted privately on Facebook "headed to Minneapolis today." Benjamin Ryan Teeter ("Teeter"), a resident of North Carolina and admitted Boogaloo Bois member, publically posted the following on Facebook the same day: "Lock and load boys. Boog flags are in the air, and the national network is going off." Facebook messages recovered during the investigation show that HUNTER communicated with Teeter as both men departed their respective states for Minnesota.[4] On May 27 at 7:12 p.m., Teeter messaged HUNTER: "We're still in route. Once we arrive we're going to get a central command established and primary and secondary comms channels." HUNTER replied to Teeter at 7:39 p.m., "I'm leaving tonight." Teeter immediately responded with a thumbs-up emoji.[5]

8. On May 28, Solomon sent a private direct message to HUNTER, "Rally point will be Cub (Foods) at 6...The Cub by the 3rd precinct in Minneapolis." HUNTER messaged Solomon at 8:30 p.m. stating: "We have a team of 5." At 10:04 p.m. on May 28, two men

---

[2] "Keybase" is a secure messaging and file sharing service that utilizes end-to-end encryption.

[3] I believe "pm" is an abbreviation for "private message".

[4] Historical cell tower information obtained through search warrant shows the location of a cell phone associated with HUNTER moving from the Boerne, Texas, region to Minnesota during the May 27-28 timeframe.

[5] In September, Solomon and Teeter were arrested and indicted for attempting to provide material support to a designated foreign terrorist organization; to wit, Hamas. Solomon and Teeter are alleged to have built illegal firearm suppressors for individuals they believed to be members of Hamas in exchange for financial backing of the Boogaloo Bois' activities. *See* 20-CR-193 (MJD/ECW), Doc. #19.

entered the Minneapolis Police Department's Third Precinct building with Molotov cocktails and set the building on fire.[6] At 10:30 p.m. on May 28, HUNTER sent his precise location information – two blocks from MPD's Third Precinct building – in a private message to Solomon. Solomon replied to HUNTER, "2 min, you'll hear my truck".

9. Federal agents have obtained a video taken during the civil unrest which shows an individual walking up to a door to the Third Precinct building and discharging 13 rounds from what appears to be an AK-47 style semiautomatic rifle. The following is a screen capture from the video depicting the shooter firing into the precinct building:



10. The shooter then walks toward the camera, high-fives another individual and yells, "Justice for Floyd!" The shooter is wearing a skull mask covering the lower-half of his face and can be seen wearing glasses, a distinctive baseball cap, and tactical gear. The following is a screen-capture from this video depicting the shooter as he walked away from the precinct

---

[6] Two men have been charged in the District of Minnesota with arson in relation to the burning of the Third Precinct building. Time-stamped surveillance video from the Third Precinct captured images of the two men entering the structure and lighting one or more Molotov cocktails. Investigators are presently unaware of any connection between these two men and the Boogaloo Bois.

building (your Affiant believes the text appearing in the screen capture was added by the creator of the video):



11. The following photograph is a screen capture from the video which depicts the bullet holes in the door and windows at the entrance to MPD's Third Precinct building:



12. A cooperating defendant[7] has identified HUNTER as the individual who fired an AK-47 style rifle at the precinct building during the evening hours of May 27. This person informed investigators that at the time HUNTER fired the shots, there were other people believed to be looters still inside the building. In the video it appears that lights are on inside the precinct building at the time HUNTER shoots at the structure. Discharged rifle casings consistent with an AK-47 style firearm were recovered from the scene of the shooting the next day.

13. On June 8, Boogaloo Bois member Michael Solomon posted publicly the following photograph on Facebook.

---

[7] This individual is charged with a federal crime and is cooperating with law enforcement with the hopes of a reduced sentence.



The above photograph was taken by a reporter outside the Cub Foods store on E. Lake Street during the early morning hours of May 28 – just hours after the shots were fired at the Third Precinct building. The cooperating defendant referenced above has identified the individual armed with a rifle standing second from the right as HUNTER. I have compared the clothing worn by the shooter in the aforementioned video with the clothing worn by the person identified as HUNTER in the above photograph and have concluded that the baseball hat and distinctive skull face mask appear to match. Further, a Facebook account linked to HUNTER includes the following photograph of an individual believed to be HUNTER wearing what appears to be the same skull mask:



The banner of HUNTER's Facebook page bears the image of a black panther. As set forth below, HUNTER makes reference to his support of black panthers in social media postings.

14. A search of Teeter's Facebook account revealed the following two photographs posted on May 28 at 8:57 p.m.:

 

I have compared known driver's license photographs of HUNTER with the above photographs posted by Teeter and have concluded that the male wearing glasses in both photographs is HUNTER and the other individual is Teeter. One day after Teeter posted these photographs, Teeter sent HUNTER a message on Facebook telling him they are "battle buddies."

15. Investigation revealed that HUNTER returned to Texas the day after shooting at the Third Precinct building. HUNTER immediately made various statements on social media about his actions in Minneapolis. For example, On May 30, HUNTER sent a message to another individual stating, "I set fire to that precinct with the black community," followed by "Minneapolis third precinct." On May 31, HUNTER sent the following message to another individual: "My mom would call the fbi if she knew what I do and at the level I'm at w[ith] it." Along with this message, HUNTER posted the following photographs of what appear to be an AK-47 style assault rifle with a distinctive floral-patterned magazine inserted into the firearm:




16. On June 2, 2020, HUNTER posted messages on Facebook stating, "Protesters shoot back" and "Tbh [to be honest] I don't expect to be here next year."

17. On June 3, HUNTER was present at a George Floyd protest near Austin, Texas. At approximately 2:00 a.m., Austin Police Department ("APD") officers observed HUNTER and two other men wearing tactical gear and carrying rifles. After the three men entered a pick-up truck and drove off, officers watched the vehicle commit numerous traffic violations. During the ensuing traffic stop, officers observed a baggie of suspected marijuana in plain view. HUNTER – the front seat passenger – claimed ownership of the marijuana. Officers saw that HUNTER had six loaded magazines for an AK-47 style assault rifle affixed to his tactical vest while the two other men had AR-15 magazines affixed to their vests. Officers found an AK-47 style rifle and two AR-15 rifles on the rear seat of the vehicle plus one pistol in plain view next to the driver's seat and another pistol in the center console. The AK-47 was loaded with a magazine bearing

the same distinctive floral pattern as that depicted in the above photographs posted on Facebook by HUNTER four days earlier. The following is an APD photograph of the AK-47 magazines seized from HUNTER on June 3, as well as the distinctive floral-patterned magazine that was inserted in the AK-47:



The following is a photograph of the AK-47 style rifle found on the back seat by APD officers. The rifle appears to match the one depicted in the photographs posted by HUNTER on May 31.



HUNTER denied owning any of the weapons found in the vehicle but volunteered to APD officers that he was the leader of the Boogaloo Bois in South Texas and that he was present in Minneapolis when the Third Precinct was set on fire. After the marijuana, weapons, and ammunition were seized by APD, HUNTER and the two other men were released from the scene.

18. The next day, June 4, HUNTER posted on Facebook: "we need to riot."

19. Several days after the June 3 traffic stop, FBI agents in San Antonio became aware of HUNTER's affiliation with Boogaloo Bois member Steven Carrillo. Carrillo has been charged by federal authorities in the Northern District of California with the May 29 murder of a contract Federal Protective Service ("FPS") Officer in Oakland, California. Carrillo also was charged by state authorities with the June 6 murder of a Santa Cruz County Sheriff's Deputy in Ben Lomond, California. Agents obtained information from Facebook showing that HUNTER and Carrillo communicated with each other before, during, and after the Minneapolis Third Precinct building shooting and the murders in California. For example, on March 14, HUNTER messaged Carrillo, "Start drafting that op. The one we talked about in December. I'ma green light some shit." Carrillo replied, "Sounds good, bro!" Approximately four hours after the murder of the FPS officer took place, and approximately two hours after the burning of the Third Precinct building in Minneapolis, HUNTER contacted Carrillo via a social media application and had the following exchange (the original information arrived in UTC format which is seven hours ahead of Pacific Daylight Time):

        8:37:09AM UTC (1:37:09AM PDT):
        **Hunter** to Carrillo: Go go go

        8:37:23AM UTC (1:37:23AM PDT):
        Carrillo to **Hunter**: ?

>8:37:28AM UTC (1:37:28AM PDT):
>**Hunter** to Carrillo: Boog
>
>8:37:35AM UTC (1:37:35AM PDT):
>Carrillo to **Hunter**: Did
>
>8:37:42AM UTC (1:37:42AM PDT):
>**Hunter** to Carrillo: Luv
>
>8:37:44AM UTC (1:37:44AM PDT):
>Carrillo to **Hunter**: Currently in hide mode
>
>8:37:53AM UTC (1:37:53AM PDT):
>**Hunter** to Carrillo: Go for police buildings
>
>8:38:01AM UTC (1:38:01AM PDT):
>Carrillo to **Hunter**: I did better lol
>
>8:38:20AM UTC (1:38:20AM PDT):
>**Hunter** to Carrillo: Hold
>
>8:38:32AM UTC (1:38:32AM PDT):
>Carrillo to **Hunter**: ["ok" hand emoji]

20. In a June 1 Facebook message exchange, HUNTER asked Carrillo for money. Carrillo – who said he was going to "be in the woods for a bit" – responded by sending HUNTER $200 via a cash application. HUNTER thanked Carrillo, telling him "now I stand a better chance Steve." In the exchange, Carrillo told HUNTER that he was "doing good shit out there" and to "stay safe." HUNTER replied, "You too king!"

21. On June 7, HUNTER sent Teeter a private message through Facebook containing a link to a news article regarding the June 6 arrest of Steven Carrillo for the murder of the Santa Cruz Sheriff's Deputy, to which Teeter responded, "Well shit." Your Affiant is aware that Carrillo opened fire on deputies who were attempting to arrest him. Carrillo then stole a car and

when later arrested, officers found he had written the word "boog" on the hood of the vehicle in what appeared to be his own blood.

22. HUNTER posted other messages on Facebook about his activities in Minneapolis. On June 10, HUNTER posted "I've burned police stations with black panthers in Minneapolis" and "I helped the community burn down that police station in Minneapolis." HUNTER also posted, "I didn't' protest peacefully Dude...Want something to change? Start risking felonies for what is good."[8] On June 11, HUNTER posted, "The BLM protesters in Minneapolis loved me [sic] fireteam and I."

23. In August, the FBI began receiving information about HUNTER through a confidential human source (hereinafter "CHS").[9] HUNTER admitted to the CHS that he had fired his AK-47 into the precinct building in Minneapolis, had helped set the structure on fire, and had participated in looting. HUNTER told the CHS that he is a Boogaloo Bois member and that he and Carrillo were founding members of the "Happy Friends Group" which, according to HUNTER, is a "fire team" that responds with violence if the police try to take their guns away. HUNTER also referred to himself as a "terrorist."

24. According to the CHS, when HUNTER learned of Teeter's federal arrest in Minnesota in September, HUNTER became angry and threatened to start "killing people" in

---

[8] HUNTER's Facebook account shows that as early as January of 2020, he posted statements about committing violent acts against the government. Specifically, on January 1, 2020, HUNTER had a Facebook message exchange with another known Boogaloo Bois member in which HUNTER said "it starts with you and me" he would "throw the fist [sic] cocktail if I have to...then we steam roll them", "do blow in the capital" and "we could raid the coast guard armory in port A." Your affiant knows the U.S. Coastguard maintains a station in Port Aransas, Texas.

[9] The CHS is being paid by the FBI for information in this investigation.

retaliation. HUNTER referred to federal agents in derogatory terms and stated it was "time to start shooting." HUNTER also stated that he would "go down shooting" if law enforcement came to arrest him or his friends.

## CONCLUSION

25. Based on the information set forth in this affidavit, I submit that there is probable cause to believe:

26. From on or about May 27, 2020, through on or about May 28, 2020, Defendant IVAN HARRISON HUNTER traveled in interstate commerce from Texas to Minneapolis, Minnesota, within the District of Minnesota, with intent (a) to incite a riot, (b) to organize, participate in, and carry on in a riot, (c) to commit an act of violence in furtherance of a riot, and (d) to aid or abet any person inciting and participating in or carrying on in a riot and committing any act of violence in furtherance of a riot; and during the course of such travel or thereafter performed or attempted to perform an overt act, for any of the foregoing purposes either during the course of any such travel or use thereafter, in violation of Title 18, United States Code, Section 2101.

Based on the forgoing, I request that the Court issue the proposed arrest warrant.

Further your Affiant sayeth not.

Jason Bujold
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN before me
by reliable electronic means (Facetime and
email) pursuant to Fed. R. Crim. P.
41(d)(3). On this _____ day of October,
2020.

The Honorable Hildy Bowbeer
United States Magistrate Judge

2020R00270

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-MJ-758 (HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA:20-MJ-1291 |
| Plaintiff, | FILED UNDER SEAL |
| v. | PURSUANT TO ORDER |
| IVAN HARRISON HUNTER, | MOTION TO SEAL |
| Defendant. | |

The United States of America, by its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Andrew R. Winter, Assistant United States Attorney, respectfully submits this motion to file the Complaint and accompanying Affidavit of Special Agent Jason Bujold under seal.

The United States seeks to seal the Complaint and affidavit because the defendant Ivan Harrison Hunter, is not yet in federal custody and the FBI is continuing to investigate active leads concerning the defendants ties to others. Accordingly, clear and convincing reasons to seal the affidavit exist because the premature disclosure of this investigation will jeopardize the FBI's efforts to pursue active leads in this investigation and the ongoing investigation.

Dated: October 19, 2020

Respectfully submitted,

ERICA H. MACDONALD
United States Attorney

s/   Andrew R. Winter

BY:   ANDREW R. WINTER
Assistant U.S. Attorney

2020R00270

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
Criminal No. 20-MJ-758 (HB)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

IVAN HARRISON HUNTER,
        Defendant.

**FILED UNDER SEAL PURSUANT TO ORDER**

**ORDER TO SEAL**

The United States submitted a motion requesting that the Court seal the Complaint and accompanying Affidavit in the above-referenced case until the defendant, Ivan Harrison Hunter, is arrested on a federal warrant, which is tentatively scheduled for October 21, 2020. The Court determines that good cause exists to allow the request for temporarily sealing.

Accordingly, IT IS HEREBY ORDERED that the United States' motion to seal is GRANTED.

Oct. 19, 2020
Dated

The Honorable Hildy Bowbeer
United States Magistrate Judge