UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

OCT 2 2 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| USA | § | |
|    *Plaintiff* | § | |
| | § | |
| vs. | § | Case Number:  SA:20-M -01291(1) |
| | § | |
| (1) Ivan Harrison Hunter | § | |
|    *Defendant* | | |

# ORDER SETTING IDENTITY/DETENTION/PRELIMINARY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **October 29, 2020 at 11: 00 AM, in Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this October 22, 2020.

**HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**

6/7/2011 Waiver of Detention Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO:  SA:20-M -01291(1) |
| (1) Ivan Harrison Hunter | § § | |

## WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community.  I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.


_____          _____
**Date**                                         **Defendant**

                                         _____
                                         **Name of Attorney for Defendant (Print)**

_____          _____
**Date**                                         **Signature of Attorney for Defendant**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | **WAIVER OF RULE 5 & 5.1 HEARINGS** |
| | § | **(Excluding Probation Cases)** |
| vs. | § | |
| | § | Case Number:  SA:20-M -01291(1)  HJB |
| (1) Ivan Harrison Hunter | § | |
| *Defendant* | § | REF:  20-MJ-758(HB) |

I, _____ (1) Ivan Harrison Hunter _____ understand that in the

_____ USDC/District of Minnesota _____ charges are pending

alleging violation of _____ 18:2101 _____

and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel: (2) an identity hearing to determine whether I am the person named in the charge(s);  (3) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; (4) request transfer of the proceedings to this district under Federal Rule of Criminal Procedure 20, in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( )    Identity Hearing.

( )    Preliminary Hearing.

( )    Identity Hearing and I have been informed I have no right to a preliminary examination.

( )    Identity Hearing but request a preliminary hearing be held in the prosecuting district and  therefore, consent to the  issuance of an order  requiring my appearance in  the prosecuting district where the charge is pending against me.

_____
(1) Ivan Harrison Hunter, *Defendant*

_____        _____
*Date*                                                      *Counsel for Defendant*