UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| V. | § § CAUSE NO. SA-20-1291-M |
| IVAN HARRISON HUNTER | § § |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Angela Saad Lindsey, Assistant Federal Public Defender and enters her appearance as counsel for the defendant in the above-styled and numbered cause.

                            Respectfully submitted,

                            MAUREEN SCOTT FRANCO
                            Federal Public Defender

                            /s/ ANGELA SAAD LINDSEY
                            Assistant Federal Public Defender
                            727 E. César E. Chávez Blvd., Suite B-207
                            San Antonio, Texas 78206-1205
                            State Bar No.  24059016
                            Tel.: 210-472-6700
                            Fax: 210-472-4454

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of October, 2020, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Eric Fuchs
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

                            /s/ ANGELA SAAD LINDSEY
                            *Assistant Federal Public Defender*