**FILED**
OCT 29 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA §
*Plaintiff* §
§
vs. § No.: SA:20-M-01291(1) HJB
§
(1) IVAN HARRISON HUNTER §
*Defendant* §

## ORDER RESETTING IDENTITY/DETENTION/PRELIMINARY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for 11:00 AM, in Courtroom A, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Monday, November 02, 2020.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, and United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this 29th day of October, 2020.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE